UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 19-62956-CIV-WILLIAMS

ARLYNE MONYEK,

    Plaintiff,

v.

MORTON'S OF CHICAGO/FORT LAUDERDALE LLC,
a Foreign limited liability company, and
FTL 500 CORP., a Florida Profit Corporation

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ARLYNE MONYEK ("Plaintiff"), and Defendants, MORTON'S OF CHICAGO/FORT LAUDERDALE LLC ("Morton's") and FTL 500 CORP. ("FTL 500") (collectively referred to as "Defendants"), by and through undersigned counsel, and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) and *D.E. 10*, file the following Joint Stipulation of Dismissal With Prejudice, with all parties bearing their own fees and costs.

**Dated this 13th day of January 2020.**

Respectfully Submitted,

**USA EMPLOYMENT LAWYERS – JORDAN RICHARDS PLLC**
805 E. Broward Blvd. Suite 301
Fort Lauderdale, Florida 33301
(954) 871-0050
*Counsel for Plaintiff, Arlyne Monyek*

By: */s/ Jake Blumstein*
JAKE BLUMSTEIN, ESQUIRE
Florida Bar No. 1017746
MELISSA SCOTT, ESQUIRE
Florida Bar No. 1010123
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 108372
jordan@jordanrichardspllc.com
melissa@jordanrichardspllc.com
jake@jordanrichardspllc.com
stephanie@jordanrichardspllc.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was filed via CM/ECF on this 13th day of January 2020.

By: */s/ Jake Blumstein, Esquire*
JAKE BLUMSTEIN, ESQUIRE
Florida Bar No. 1017746

## SERVICE LIST:

No defense counsel of record has appeared to date.